No. 02-9033.  FRASIER *v.* MASCHNER, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 02-9038.  WYNN *v.* JENKINS, CHAIRMAN, VIRGINIA PAROLE BOARD, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02-9067.  WHITLEY *v.* HOUSING AUTHORITY OF THE CITY OF CHARLESTON, SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02-9073.  LATTIMORE *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION.  C. A. 1st Cir.  Certiorari denied.

No. 02-9088.  JORDAN *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 02-9119.  EVANS *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 02-9121.  CONDIT *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 02-9144.  RUSH *v.* WEST VIRGINIA.  Cir. Ct. Braxton County, W. Va.  Certiorari denied.

No. 02-9157.  DE LOS SANTOS, AKA URENA *v.* UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 02-9163.  MOSES *v.* NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C.  Certiorari denied.

No. 02-9167.  McGILL *v.* SOUTH CAROLINA.  Ct. App. S. C. Certiorari denied.

No. 02-9175.  PHILLIPS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.